In the Matter of the Probate of the Will of EMMA T. MITTEL-STAEDT, Deceased. HARRIET A. MITTELSTAEDT, Respondent; EDWARD L. MITTELSTAEDT, Appellant.

Submitted October 24, 1952; decided October 24, 1952.

*Albert I. Collens* for motion.

*John Goodrum Miller* opposed.

Motion denied.   [See 304 N. Y. 795.]